**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Simon MENDEZ–LEYVA, Defendant–Appellant.**

No. 04–41020.

United States Court of Appeals, Fifth Circuit.

Feb. 2, 2007.

James Lee Turner, John Richard Berry, Assistant U.S. Attorneys, U.S. Attorney's

---

Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before REAVLEY, HIGGINBOTHAM and CLEMENT, Circuit Judges.

## ON REMAND FROM THE SUPREME COURT

PER CURIAM: *

After *Lopez v. Gonzales,* 549 U.S. ——, —— S.Ct. ——, —— L.Ed.2d —— (2006) was decided, the Supreme Court vacated the judgment and remanded this case. As we have ordered in *United States v. Estrada–Mendoza,* 475 F.3d 258, on January 3, 2007, the enhancement for aggravated felony, for a prior state felony drug conviction where the same conduct would be only a misdemeanor under the federal law, cannot stand.

The conviction is affirmed but the case is remanded for resentencing.

REMANDED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.